ACCEPTED
12-14-00245-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/17/2015 2:34:19 PM
Pam Estes
CLERK



# Allen W. Ross
## Attorney & Counselor at Law

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/17/2015 2:34:19 PM
PAM ESTES
Clerk

September 17, 2015

Texas Department of Criminal Justice     CMRRR: 7014 0510 0002 2996 6785
% Justin Christian – 01951215
P.O. Box 9000
Henderson, TX 75653-9000

   RE: 19062; The State of Texas v. Justin Christian

Mr. Christian:

  Please find the enclosed Mandate from the Twelfth Court of Appeals for the above referenced case.

Sincerely,

Allen W. Ross

142 W. 5th Street, Rusk, Texas 75785 (physical address)
P.O. Box 528, Jacksonville, Texas 75766 (mailing address)
903.683-2454 (voice) ~ 866.576.5317 (fax)
allen@arossatty.com
www.arossatty.com

FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

## TWELFTH COURT OF APPEALS

CLERK
PAM ESTES

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

September 15, 2015

Ms. Janet Gates
Cherokee County District Clerk
Courthouse
P. O. Drawer "C"
Rusk, TX 75785
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:        12-14-00245-CR
        Trial Court Case Number:   19062

**Style:**   Justin Christian
          v.
          The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

PAM ESTES, CLERK

By: *Katrina McClenny*
    Katrina McClenny, Chief Deputy Clerk

C Mr. Allen W. Ross (DELIVERED VIA E-MAIL)
C Justin Christian
: Ms. Deborah Dictson (DELIVERED VIA E-MAIL)

Mandate executed on _____ day of _____, 2015.

Brief explanation of action taken: _____

_____District/County Clerk

# THE STATE OF TEXAS
# M A N D A T E

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TO THE 2ND DISTRICT COURT OF CHEROKEE COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 22nd day of July, 2015, the cause upon appeal to revise or reverse your judgment between

**JUSTIN CHRISTIAN, Appellant**

**NO. 12-14-00245-CR; Trial Court No. 19062**

By *per curiam* opinion.

**THE STATE OF TEXAS, Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and brief filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below **be in all things affirmed**, and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 15th day of September, 2015.

PAM ESTES, CLERK

By: *Katrina McClenny*
Chief Deputy Clerk